1

2

3                                                          "O"

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. SACR 07-094 CJC
                                     )
12            Plaintiff,             )  ORDER OF DETENTION
                                     )
13       v.                          )  [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                     )  §3143(a)]
14  LORENA ORTEGA-MORA,              )
                                     )
15            Defendant.             )

16  _____

17       The defendant having been arrested in this judicial district pursuant to a warrant

18  issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged

19  violation of the terms and conditions of the defendant's supervised release; and

20       The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),       The Court finds that:

22  A.    (X)    The defendant has not met her burden of establishing by clear and convincing

23              evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or

24              (c). This finding is based on the defendant's lack of bail resources, lack of a

25              stable residence, use of aliases, status as an illegal alien that has previously

26              been deported, and the nature of the charged offenses set forth in the petition,

27              which indicate the defendant is unlikely to comply with conditions of release;

28              and

1  B.  (X)  The defendant has not met her burden of establishing by clear and convincing

2     evidence that she is not likely to pose a danger to the safety of any other

3     person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4     finding is based on the nature of the charged offenses set forth in the petition

5     and defendant's extensive criminal history.

6

7     IT THEREFORE IS ORDERED that the defendant be detained pending the further

8  revocation proceedings.

9

10

11  Dated:  April 22, 2009

12                                    /s/     Arthur Nakazato
                                      ARTHUR NAKAZATO
13                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28